| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Low and Low, L.L.C.<br>505 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 343-4040<br>Russell L. Low, Esq. No. 4745<br>Attorney for the Debtor<br><br>In Re:<br><br>Maria Imelda Cardona | Order Filed on June 19, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 16-33716<br>Chapter: 13<br>Judge: JKS |

# ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 19, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __February 10, 2017__ :

Property: __165 Hope Avenue Passaic, NJ 07055__

Creditor: __SPS__

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Russell L. Low__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __October 12, 2017__.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2