Order Filed on August 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| **Russell L. Low, Esq. – RLL 4745**<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re<br><br>**MARIA IMELDA CARDONA**<br><br><br>Debtor(s) |

Case No. 16-33716

Chapter 13

Judge:  The Honorable John K. Sherwood

**Hearing Date:  August 24, 2017, 11:00am**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 25, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $1,400.00 for services rendered and expenses in the amount of $0.00 for a total of $1,400.00. The allowance is payable:

_X_    through the Chapter 13 plan as an administrative priority.

___    outside the plan.

`    The debtor's monthly plan is modified to require a payment of $ 213.00 per month for 29 months beginning August 1, 2017 to allow for payment of the above fee.