UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Low and Low, LLC
505 Main Street
Hackensack, NJ 07601
Telephone: (201)-343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Maria Imelda Cardona

Order Filed on September 26,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No.:	    16-33716    

Chapter:	        13        

Judge:	         JKS        

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 26,
2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __February 10, 2017__ :

Property:     165 Hope Avenue Passaic, NJ 07055

Creditor:     SPS

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Russell L. Low__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __February 12, 2018__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*