**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorneys for Debtors**

---

In the Matter of:

Maria Imelda Cardona

Debtors.

: UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

: HONORABLE: JKS

: CASE NO. 16-33716

CHAPTER 13

---

### OBJECTION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

I, Russell L. Low, being of full age, hereby certify the following:

1. On October 17, 2017, Wilmington Trust NA Successor of Citibank, N.A. filed an Application for Early Termination of Loss Mitigation Period.

2. On September 26, 2017 a Loss Mitigation Order was entered. The Loss Mitigation is due to expire on February 12, 2018.

3. We would like the applicable time period to continue in order to supply the missing documents to Citibank.

4. Therefore, the request to terminate the Loss Mitigation period should be denied.

5. I certify that the foregoing statements made by me are true.

Dated: October 20, 2017 /s/ Russell L. Low
Attorney for Debtor