Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.: 16−33716−JKS
>Chapter: 13
>Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maria Imelda Cardona
  20 Arthur Street
  Clifton, NJ 07011

Social Security No.:
  xxx−xx−9252

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 11/9/17 at 11:00 AM

to consider and act upon the following:

*38* − Application re: Early Termination of Loss Mitigation Period Filed by Denise E. Carlon on behalf of Wilmington Trust, NA, successor trustee to Citibank, N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc., Bear Stearns ALT−A Trust II, Mortgage Pass−Through. Objection deadline is 10/20/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

*39* − Certification in Opposition to (related document:38 Application re: Early Termination of Loss Mitigation Period Filed by Denise E. Carlon on behalf of Wilmington Trust, NA, successor trustee to Citibank, N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc., Bear Stearns ALT−A Trust II, Mortgage Pass−Through. Objection deadline is 10/20/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Wilmington Trust, NA, successor trustee to Citibank, N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc., Bear Stearns ALT−A Trust II, Mortgage Pass−Through) filed by Russell L. Low on behalf of Maria Imelda Cardona. (Low, Russell)

Dated: 10/23/17

>Jeanne Naughton
>Clerk, U.S. Bankruptcy Court