Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–33716–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maria Imelda Cardona
    20 Arthur Street
    Clifton, NJ 07011

Social Security No.:
    xxx–xx–9252

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 11/9/17 at 11:00 AM

to consider and act upon the following:

*38* – Application re: Early Termination of Loss Mitigation Period Filed by Denise E. Carlon on behalf of Wilmington Trust, NA, successor trustee to Citibank, N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc., Bear Stearns ALT–A Trust II, Mortgage Pass–Through. Objection deadline is 10/20/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

*39* – Certification in Opposition to (related document:38 Application re: Early Termination of Loss Mitigation Period Filed by Denise E. Carlon on behalf of Wilmington Trust, NA, successor trustee to Citibank, N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc., Bear Stearns ALT–A Trust II, Mortgage Pass–Through. Objection deadline is 10/20/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Wilmington Trust, NA, successor trustee to Citibank, N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc., Bear Stearns ALT–A Trust II, Mortgage Pass–Through) filed by Russell L. Low on behalf of Maria Imelda Cardona. (Low, Russell)

Dated: 10/23/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-33716-JKS
Maria Imelda Cardona                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Oct 23, 2017
                             Form ID: ntchrgbk          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db             +Maria Imelda Cardona,    20 Arthur Street,    Clifton, NJ 07011-1414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com
          Celine P. Derkrikorian   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC njecfmail@mwc-law.com
          Celine P. Derkrikorian   on behalf of Creditor   Bayview Loan Servicing, LLC njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,
           N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc.,
           Bear Stearns ALT-A Trust II, Mortgage Pass-Through dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Maria Imelda Cardona rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7