| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on November 30, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN RE:<br><br>  MARIA IMELDA CARDONA | Case No.:  16-33716 JKS<br><br>Hearing Date:  3/23/2017<br><br>Judge:  JOHN K. SHERWOOD<br><br>**Debtor is Entitled To Discharge** |

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: November 30, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:         16-33716 JKS

Caption of Order: MODIFIED ORDER CONFIRMING PLAN

    The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 03/29/2017 is hereby modified as a result of the expiration of the claims bar date and that commencing 01/01/2017 the Debtor shall pay the Standing Trustee the sum of $160.00 for a period of 7 month(s), and then commencing 08/01/2017 the sum of $213.00 for a period of 5 month(s) and then commencing 01/01/2018 the sum of $271.00 for a period of 24 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

**CERTIFICATE OF MAILING**

    I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-33716-JKS
Maria Imelda Cardona                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1           Date Rcvd: Dec 01, 2017
                            Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db            +Maria Imelda Cardona,   20 Arthur Street,   Clifton, NJ 07011-1414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC njecfmail@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc.,
               Bear Stearns ALT-A Trust II, Mortgage Pass-Through dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Maria Imelda Cardona rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7