Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33716−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Imelda Cardona
   20 Arthur Street
   Clifton, NJ 07011

Social Security No.:
   xxx−xx−9252

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 30, 2017.

On 7/19/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:              August 23, 2018
Time:              09:00 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 20, 2018
JAN: dmc

                                                                Jeanne Naughton
                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 16-33716-JKS
Maria Imelda Cardona                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 2             Date Rcvd: Jul 20, 2018
                               Form ID: 185             Total Noticed: 33
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
db             +Maria Imelda Cardona,    20 Arthur Street,    Clifton, NJ 07011-1414
516546698      +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
516546697      +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
516758433       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516546706     ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
516546700      +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
516546703      +Bank Of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
516546724     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
516546713      +Chase,    Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516546707      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
516546717      +Chase,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
516546712      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
516546709      +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
516546718      +Chase Auto,    600 Community Drive,    Manhasset, NY 11030-3802
516546719      +Chase Bank,    Pob 19120,    Houston, TX 77224-9120
516546721      +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    3415 Vision Dr. Mail Code: Oh4-7133,
                 Columbus, OH 43219-6009
516546722      +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
516546723      +Chase Mtg,    10790 Rancho Berna,    San Diego, CA 92127-5705
516546728      +El Especialito News Paper,    3711 Hudson Avenue,    Union City, NJ 07087-6015
516546729      +Emc Mortgage,    Attention: Bankruptcy Clerk,    Po Box 293150,    Lewisville, TX 75029-3150
516546731      +Hc Roya,    333 Holtzman Rd,    Madison, WI 53713-2109
516546733      +Hy Cite Corporation,    333 Holtzman Rd,    Madison, WI 53713-2109
516612943      +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Chase Bank USA,,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516546737      +Wayne Emergency Medical Associates,    PO Box 779,    Livingston, NJ 07039-0779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2018 23:39:54      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2018 23:39:49      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516774626      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 20 2018 23:40:25
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Coral Gables, FL 33146-1837
516546727       E-mail/Text: mrdiscen@discover.com Jul 20 2018 23:39:03      Discover Fin,   Po Box 15316,
                 Wilmington, DE 19850
516546726       E-mail/Text: mrdiscen@discover.com Jul 20 2018 23:39:03      Discover Fin,   Po Box 6103,
                 Carol Stream, IL 60197-6103
516546730      +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2018 23:47:57      Gemb/home Design,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516546732      +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2018 23:47:04      Homedn/gemb,    Po Box 981439,
                 El Paso, TX 79998-1439
516546735      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2018 23:47:18
                 Pinnacle Credit Service,    Po Box 640,    Hopkins, MN 55343-0640
516784927       E-mail/Text: jennifer.chacon@spservicing.com Jul 20 2018 23:41:20
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516546704*    ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
516546705*    ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
516546701*     +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
516546725*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
516546716*     +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
516546708*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
516546710*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
516546711*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
516546714*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
516546715*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
516546720*     +Chase Bank,    Po Box 19120,    Houston, TX 77224-9120
516546734*     +Hy Cite Corporation,    333 Holtzman Rd,    Madison, WI 53713-2109
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Jul 20, 2018
                              Form ID: 185             Total Noticed: 33

516546702    ##+Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516546699    ##+Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
516546736    ##+Second Round Lp,    4150 Friedrich Lane Suit,    Austin, TX 78744-1052
                                                                                TOTALS: 0, * 12, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC njecfmail@mwc-law.com
          Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
           N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc.,
           Bear Stearns ALT-A Trust II, Mortgage Pass-Through dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, NA, successor trustee to
           Citibank, N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage
           Investments II Inc., Bear Stearns ALT-A Trust II, Mortgage Pass-Through
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Grand Avenue Mortgage Loan Trust 2017-RPL1
           rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
           N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc.,
           Bear Stearns ALT-A Trust II, Mortgage Pass-Through rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Maria Imelda Cardona rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```