UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   MARIA IMELDA CARDONA

**Order Filed on March 18, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  **16-33716 JKS**

Hearing Date:  **3/14/2019**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: **March 18, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  MARIA IMELDA CARDONA

Case No.:  16-33716

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/14/2019 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Loan Modification motion by 3/28/2019 or the case will be

  dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Loan Modification motion has been filed by

  the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's

  Attorney.